ACCEPTED
03-16-00726-CV
14588250
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2017 4:27:16 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS FOR THE
THIRD DISTRICT OF TEXAS

S.O.,                                         )
      APPELLANT                      )
                                   )
VS.                                           )          CAUSE NO. 03-16-00726-CV
                                   )
                                 )
UNIVERSITY OF TEXAS AT AUSTIN       )
PRESIDENT GREGORY L. FENVES *et al.* )
*(in their official capacities only)*,          )
      APPELLEES                       )

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2017 4:27:16 PM
JEFFREY D. KYLE
Clerk

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Appellant S.O. files this Motion to Extend Time to File her Appellant's Brief. *See* Tex. R. App. 10.1.

1. This case is an appeal from *S.O v. University of Texas at Austin President Gregory L. Fenves, et al. (in their official capacities only)*; Cause No: **D-1-GN-16-000517**, from the 419th Judicial District of Travis County, Texas.

2. Notice of appeal was filed on or around October 26, 2016.

3. The clerk's record was filed on November 10, 2016.

4. The reporters' records were filed and complete on November 14, 2016.

5. The Appellant's brief is presently due on January 13, 2017.

6. Appellant requests an extension of time of 30 days, or until February 13, 2017, to file her Appellant's Brief.

7.     This is Appellant's Second request for an extension. Counsel for Appellant seeks the additional time due to her brother passing away unexpectedly during the early morning hours of January 3, 2017. Mr. Kawaja's funeral is scheduled to take place on Saturday January 7, 2017. Ms. Kawaja has been the primary attorney working on this matter and Mr. Kawaja, as her legal assistant, had information which was critical to the case. Due to the loss our office has endured, and in the interest of justice, an extension is humbly requested so that Mr. Kawaja's work can properly be compiled and so that Ms. Kawaja has the time necessary to attend to the sensitive nature that this bereavement and loss entails. In light of such tragic events, Ms. Kawaja needs this time to be with her family and will be temporarily unavailable to handle this matter.

8.     **Certificate of Conference:** Per Tex. R. App. P. 10.1(a)(5), David K. Sergi has conferred with opposing counsel Michael Patterson, who stated he is not opposed to this Motion.

9.     Appellant S.O. therefore respectfully requests that the Court extend the time for filing the Appellant's Brief to February 13, 2017. This request is not for delay but so that justice may be done.

Respectfully submitted,
**Sergi & Associates, P.C.**

_/S/ David K. Sergi_

By: David K. Sergi
Texas Bar No. 18036000
David@sergilaw.com
329 South  Guadalupe
San Marcos, Texas 78666
Tel: (512) 392-5010
Fax: (512) 392-5042


**Of Counsel:**
Anita Kawaja
Law Offices of Anita Kawaja
6030 Claridge Dr.
Houston, Texas 77096
Tel: (713) 775-5679
Anita@sergilaw.com


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on the following counsel on January 5, 2017:

Michael J. Patterson
Assistant Attorney General
Office of the Attorney General
General Litigation Division
PO Box 12548, Capitol Station
Austin, Texas 78711-2548
Fax:   (512) 320-0667
Email: michael.patterson@texasattorneygeneral.gov


*/s/ David K. Sergi*
_____
David K. Sergi